No. 732. REICH ET AL. *v.* WEBB ET AL. C. A. 9th Cir. Motion of Beverly Hills Federal Savings & Loan Association to be added as party respondent granted. Certiorari denied. *Jack Corinblit* for petitioners. *Solicitor General Cox* for the Federal Home Loan Bank Board, *Rodney K. Potter* for Lytton Financial Corp. et al., *John P. Pollock* for Webb et al., and *Robert B. Hankins, Harold David Cohen, Thomas N. Dowd* and *Glen R. Miller* for Beverly Hills Federal Savings & Loan Association, respondents.

No. 743. LEVINE *v.* UNITED STATES. C. A. 5th Cir. Motion to waive timeliness of filing petition for writ of certiorari denied. Certiorari denied. *Nicholas J. Capuano* for petitioner. *Solicitor General Cox* for the United States.

No. 746. ALEXANDER ET AL. *v.* TODMAN, SUPERVISOR OF ELECTIONS, ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *William H. D. Cox* for petitioners. *Alfred L. Scanlan, David B. Isbell* and *John L. Maduro* for respondents.

No. 757. TRICE, EXECUTRIX *v.* COMMERCIAL UNION ASSURANCE Co., LTD., ET AL. C. A. 6th Cir. Motion of petitioner to strike portions of respondents' brief denied. Motion of Fyke Farmer to strike portions of opinion of District Court denied. Certiorari denied. *Fyke Farmer* for petitioner. *Lon P. MacFarland* and *Joe W. Henry, Jr.,* for respondents.

No. 441, Misc. BURDETTE *v.* HARRIS, WARDEN. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solictor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.